1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, CA Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561

5

   Attorneys for Defendant
6  LOURDES ALDACO-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00178 DAD |
|---|---|
| Plaintiff, | STIPULATION FOR RELEASE; ATTACHMENT; ORDER |
| vs. | |
| LOURDES ALDACO-ALVARADO, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

The parties, through their respective counsel, Justin Gilio, Assistant United States Attorney, and Megan Hopkins, Assistant Federal Defender, attorney for defendant Lourdes Aldaco-Alvarado, hereby stipulate that Ms. Aldaco-Alvarado shall be released to the Kern County Teen Challenge Women's Program on Thursday, December 20, 2018. The parties further stipulate that the dispositional hearing in this matter be continued until after Ms. Aldaco-Alvarado completes the program, to permit the Court and parties the opportunity to consider her performance in the program in fashioning a reasonable sentence in this matter. The U.S. Probation Officer, Laura Del Villar, is in agreement with this request.

The parties request that Ms. Aldaco-Alvarado be ordered released, as follows:

Lourdes Aldaco-Alvarado shall be released from the custody of the United States Marshals at the Fresno County Jail to a representative of the Teen Challenge program, a residential substance abuse treatment facility, on Thursday, December 20, 2018 at 9:30 a.m. The

representative of the Teen Challenge program will escort Ms. Aldaco-Alvarado directly to the program facility located at 301 East Roberts Lane in Bakersfield, CA 93302.

Ms. Aldaco-Alvarado shall reside at the program, in compliance with all program rules, for a period of no less than 12 months, and up until her completion of a residential drug treatment program. While at the residential program, Ms. Aldaco-Alvarado will remain subject to all conditions of supervised release previously imposed.

The dispositional hearing currently set for January 22, 2019 shall be vacated, and a status conference to evaluate Ms. Aldaco-Alvarado's progress in the program shall be set for March 11, 2019 at 10:00 a.m. The parties shall submit a status report prior to the status conference and may request that the hearing be vacated or continued if there are no issues with Ms. Aldaco-Alvarado's performance in the program and compliance with the conditions of supervision.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: December 18, 2018      By:    /s/ *Justin Gilio*
                                     JUSTIN GILIO
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender

DATED: December 18, 2018      By:    /s/ *Megan T. Hopkins*
                                     MEGAN T. HOPKINS
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     LOURDES ALDACO-ALVARADO

IT IS SO ORDERED.

Dated: **December 19, 2018**                  _____
                                              UNITED STATES DISTRICT JUDGE