AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **LOURDES ALDACO-ALVARADO** | Criminal Number: **1:16CR00178-001** |
| | Defendant's Attorney: Megan Taylor Hopkins, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charge(s)  __1,2,3,4,5 and 6__  as alleged in the violation petition filed on  __1/30/2019__ .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 1 | NEW LAW VIOLATION | June 1, 2018 |
| Charge 2 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | May 23, 2018 |
| Charge 3 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | May 16, 2018 |
| Charge 4 | FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENT AS DIRECTED | April 25, 2018 |
| Charge 5 | FAILURE TO MAKE FINE/RESTITUTION PAYMENTS AS DIRECTED | September 2016 |
| Charge 6 | FAILURE TO RESIDE AND PARTICIPATE IN AN INPATIENT CORRECTIONAL TREATMENT PROGRAM | January 20, 2019 |

The court:  [✓] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  __5/13/2013__ .

The defendant is sentenced as provided in pages 2 through_ 2 _of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed. [X] APPEAL RIGHTS GIVEN

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**3/4/2019**
Date of Imposition of Sentence

*Dale A. Drozd*

Signature of Judicial Officer
**Dale A. Drozd**, United States District Judge
Name & Title of Judicial Officer
3/5/2019
Date

AO 245B-CAED (Rev. 02/2018) Sheet 2 - Imprisonment

DEFENDANT: **LOURDES ALDACO-ALVARADO**                                                             Page 2 of 2
CASE NUMBER: **1:16CR00178-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
<u>33 months</u>.

☑   No TSR: Defendant shall cooperate in the collection of DNA.

☑   The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that the defendant be incarcerated in a California facility, to help facilitate family visitation, but only
    insofar as this accords with security classification and space availability. The Court recommends the defendant participate in
    the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

☑   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district

    [ ]      at ___ on ___.

    [ ]      as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]      before ___ on ___.

    [ ]      as notified by the United States Marshal.

    [ ]      as notified by the Probation or Pretrial Services Officer.

If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.


_____
United States Marshal


_____
By Deputy United States Marshal